# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUAN CARLOS AGUIRRE-MEDINA,<br><br>    Defendant. | CASE NO. 10CR4555-GT<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of the Information: 8:1326 (a) and (b) - Attempted Entry After Deportation (Felony).

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/9/10

_____
GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE